**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 04-7916

JOHN PAUL TURNER,

Petitioner - Appellant,

versus

SUPERINTENDENT OF ROCKBRIDGE REGIONAL JAIL,

Respondent - Appellee.

Appeal from the United States District Court for the Western District of Virginia, at Roanoke. Samuel G. Wilson, District Judge. (CA-03-761-7-SGW)

Submitted: May 31, 2005                  Decided: June 20, 2005

Before NIEMEYER, LUTTIG, and MICHAEL, Circuit Judges.

Dismissed by unpublished per curiam opinion.

John Paul Turner, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

John Paul Turner appeals the district court's orders dismissing without prejudice his 28 U.S.C. § 2254 (2000) petition and denying his motion for reconsideration. Because Turner could amend the petition to clearly state (1) the nature of his claims and (2) whether he is in custody pursuant to the relevant conviction, the dismissal order is interlocutory and not appealable. See Domino Sugar Corp. v. Sugar Workers Local Union 392, 10 F.3d 1064, 1066-67 (4th Cir. 1993). Accordingly, we deny a certificate of appealability and dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process. Turner's motion to proceed on appeal in forma pauperis is denied.

<u>DISMISSED</u>